UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

APRIL J. LUTZ,

    Plaintiff,

v.       Case No: 2:13-cv-738-FtM-CM

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER

Before the Court is Defendant's Unopposed Motion for Entry of Judgment with Remand (Doc. 19), filed on August 4, 2014. Defendant requests that the Court remand this case to the Commissioner for further administrative proceedings before the Administrative Law Judge. Pursuant to Title 42, United States Code, Section 405(g), the Court may reverse the decision of the Commissioner with or without remanding the case for a rehearing. Upon due consideration, Defendant's motion is due to be granted.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Defendant's Unopposed Motion for Entry of Judgment with Remand (Doc. 19) is **GRANTED**. The decision of the Commissioner is **REVERSED** and this action is **REMANDED** under sentence four of 42 U.S.C. § 405(g) to the Commissioner for the Administrative Law Judge to:

    a. Further consider Plaintiff's maximum residual functional capacity with specific reference to the opinion evidence of record;

    b. Further evaluate Plaintiff's ability to perform the physical demands of her past relevant work;

    c. Obtain evidence from a vocational expert regarding Plaintiff's ability to perform her past relevant work as actually or generally performed and, if not, proceed to step five of the sequential evaluation process; and

    d. Take any other action as deemed necessary.

2. The Clerk shall enter judgment accordingly and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida on this 5th day of August, 2014.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record